UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21467-CIV-MORENO

SHERWOOD FOREST HOMEOWNERS ASSOCIATION, INC,

    Plaintiff,

vs.

VANDA GRANT,

    Defendant.

## ORDER REMANDING CASE TO STATE COURT

THIS CAUSE came before the Court upon the Defendant's Notice of Removal **(D.E. 1)**, filed on **June 10, 2014**. THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ADJUDGED** that the case is **REMANDED** to state court.

The burden of establishing federal jurisdiction falls on the party who is attempting to invoke the jurisdiction of the federal court. *See McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936). Courts should strictly construe the requirements of 28 U.S.C. §1441 (removal jurisdiction) and remand all cases in which such jurisdiction is doubtful. *See Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 109 (1941). Moreover, removal statutes are construed narrowly, and when the plaintiff and defendant clash on the issue of jurisdiction, uncertainties are resolved in favor of remand. *See Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1095 (11th Cir. 1994).

Here, Defendant is untimely as to filing the Notice of Removal. Defendant was served with Summons and Complaint in January of 2013; 28 U.S.C. §1446 provides only thirty days for removal after receipt by the Defendant of papers from which is it ascertainable that the case is one that may be

removable. The Defendant is more than a year from a timely removal, due to the fact that the Complaint put Defendant on notice of the removable nature of the case.

Accordingly, it is hereby

ORDERED AND ADJUDGED that this Case be, and the same is, hereby REMANDED to the Circuit Court for the Eleventh Judicial Circuit in and for Dade County, Florida. The Clerk of the Court is hereby directed to take all necessary steps and procedures to effect the expeditious remand of the above-styled action.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Vanda L. Grant
1531 SE 24th Avenue
Pompano Beach, FL 33062

Clerk of the Court for the 11th Judicial Circuit in and for Dade County, Florida